ucc

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 JUL 16 AM 9:46
CLERK US DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA
BY CMH DEPUTY

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**Eva Concepcion VELAZQUEZ-Garcia,**<br><br>Defendant. | ) | '08 MJ 2166<br>Magistrate Case No.<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 8, U.S.C., Section 1324(a)(2)(B)(iii)<br>Bringing in Illegal Aliens<br>Without Presentation |

The undersigned complainant being duly sworn states:

On or about **July 14, 2008**, within the Southern District of California, defendant **Eva Concepcion VELAZQUEZ-Garcia, (Defendant)**, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens, namely, **Martha Elena ROJAS-Guzman**, **Ana Bertha CEJA-Romero,** and **Antonio TORRES-Torres**, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said aliens and upon arrival did not bring and present said aliens immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Sara Esparagoza, United States Customs
and Border Protection Enforcement Officer

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **16th** DAY OF **JULY, 2008.**

UNITED STATES MAGISTRATE JUDGE
**CATHY ANN BENCIVENGO**
**U.S. MAGISTRATE JUDGE**

 COC

**PROBABLE CAUSE STATEMENT**

The complainant states that **Martha Elena ROJAS-Guzman, Ana Bertha CEJA-Romero,** and **Antonio TORRES-Torres** are citizens of a country other than the United States; that said aliens have admitted they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena and that they are all material witnesses in relation to this criminal charge and should be held or admitted to bail as prescribed in Title 18, United States Code, Section 3144.

On July 14, 2008 at approximately 10:55 PM, **Eva Concepcion VELAZQUEZ-Garcia (Defendant)** made application for admission into the United States from Mexico through the San Ysidro Port of Entry as the driver of a black Ford Aerostar Van. Defendant presented a Border Crossing Card bearing the name and photo of Maria Guadalupe GRANADOS-Alvarado as proof of admissibility to a Customs and Border Protection (CBP) Officer. Defendant also presented a Border Crossing Card bearing the name and photo of Maria Herlinda MURILLO-Velazquez in behalf of her passenger who was later identified as Antonia GERMAN-Ponce. During primary inspection, the CBP Officer suspected both occupants were not the lawful owners of the documents presented. The CBP Officer called for assistance at which time the responding CBP Officer noticed a black blanket covering what appeared to be several people attempting to conceal themselves. The Defendant and female passenger were taken into custody and the vehicle was driven to the vehicle secondary lot for further inspection.

In secondary, it was confirmed that the Defendant and her passenger were imposters to the document presented. Further inspection of the vehicle revealed a total of eleven people concealed with a blanket in the cargo area of the van. Defendant, passenger, and the eleven people removed from the vehicle admitted to being citizens of Mexico with no entitlements to enter or reside in the United States. Three of the eleven people removed from the cargo area are now identified as **Martha Elena ROJAS-Guzman, Ana Bertha CEJA-Romero,** and **Antonio TORRES-Torres (Material Witnesses).**

During a separate videotaped interview with all three Material Witnesses, they all freely admitted to being citizens of Mexico with no legal documents to enter or reside in the United States. All three Material Witnesses stated that they would pay a smuggling fee ranging from $2,300-$4,000 upon successfully entering the United States. Material Witnesses stated their purpose was to travel to California to either seek employment or visit family.