46

AO 455 (Rev. 5/85) Waiver of Indictment

FILED
JUL 29 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA

v.

EVA CONCEPCION VELAZQUEZ-GARCIA

**WAIVER OF INDICTMENT**

CASE NUMBER: 08CR 2505 - JAH

I, EVA CONCEPCION VELAZQUEZ-GARCIA, the above-named defendant, who is accused of committing the following offense:

Bringing in Illegal Aliens Without Presentation and Aiding and Abetting, in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii) and Title 18, United States Code, Section 2 (Felony),

being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on 7-29-08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

x Eva Concepción Velazquez Garcia
Defendant

Defense Counsel

Before
Judicial Officer